No. 99–7952. KING *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7959. ANDERSON *v.* MCCLELLAN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–7960. STEVENS *v.* TEXAS (two judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 99–7964. PALAGANAS-SUAREZ *v.* GREENE, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–7971. PALOMINO *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7977. GOLLEHON *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 99–7978. ESPINOZA RODRIGUEZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7988. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–8020. KING *v.* WALTER, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 99–8021. MARCUM *v.* OSCAR MAYER FOODS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8040. LATTANY *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–8057. CRAYON *v.* ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–8070. STEELE *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.